September 25, 2012



# JUDGMENT

# 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔠𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

HEREWEAREAGAIN, INC. AND VINCENT CABELLA, INDIVIDUALLY AND ON BEHALF OF THE PREMISES LOCATED AT 2618 WINROCK BOULEVARD IN THE CITY OF HOUSTON, HARRIS COUNTY, TEXAS, Appellants

NO. 14-11-00687-CV                                V.

CITY OF HOUSTON, Appellee

_____

This cause, an appeal from a sanctions order signed May 11, 2011, was heard on the transcript of the record. Because the order is neither a final, appealable judgment nor an interlocutory order for which an appeal is authorized by statute, we order the appeal **DISMISSED**.

We order appellants Hereweareagain, Inc. and Vincent Cabella, individually and on behalf of the Premises located at 2618 Winrock Boulevard in the City of Houston, Harris County, Texas, jointly and severally to pay all costs incurred in this appeal.

We further order this decision certified below for observance.